RECEIVED
JUL 10 2023
DEBORAH S. HUNT, Clerk

TO: Leon Korotko, Case Manager
FROM: Glenn D. Odom #219489
DATE: July 3, 2023
RE: <u>Odom v. Scott Jordan</u>, 23-5553; Clarification on filing fee purpose

Dear Mr. Korotko:

Just for clarification, if I have my family pay the $505 filing fee (to the district court) does my appeal automatically proceed without a certificate of appealability? Or will my appeal issues still go through a screening process? Thank you for any clarification that you may provide.

Sincerely,

Glenn Odom #219489
Ky. State Penitentiary
266 Water Street
Eddyville, KY. 42038

Glenn Odom #219489
KSP
266 Water Street
Eddyville, KY. 42038



RECEIVED
JUL 10 2023
DEBORAH S. HUNT, Clerk

United States Court of Appeals
100 E. Fifth Street RM. 540
Cincinnati, OH. 45202-3988

45202-398859